UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LISA ANN-MARIE GOSS,<br><br>         Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>         Defendant. | Case No. 2:16-cv-01888 JRC<br><br>**ORDER GRANTING IFP APPLICATION** |

Plaintiff, proceeding pro se, has filed an application to proceed in forma pauperis ("IFP") and a proposed complaint seeking review of a decision of the Commissioner of the Social Security Administration. Having considered plaintiff's application and the record, the Court hereby **ORDERS** that Plaintiff's IFP application (Dkt. 1) is **GRANTED**. Plaintiff does not appear to have funds available to afford the $400.00 filing fee. Plaintiff may proceed without prepayment of costs or fees or the necessity of giving security therefore.

Because plaintiff has appeared in this matter pro se, the Court will arrange, by separate order, for service of the summons and complaint upon defendant.

Also, the Court directs plaintiff to the Court's website, which includes information for *pro se* litigants, such as the *Pro Se* Guide, which includes resources for potentially finding legal

ORDER GRANTING IFP APPLICATION - 1

advice: http://www.wawd.uscourts.gov/pro-se (last visited December 14, 2016. *See also "Where Can You Get Legal Advice?"* located at *Pro Se* Guide, p. 38, http://www.wawd.uscourts.gov/sites/wawd/files/ProSeGuidetoFilingYourLawsuitinFederalCourt.pdf December 14, 2016).

DATED this 16th day of December, 2016.

J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING IFP APPLICATION - 2