UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LISA ANN-MARIE GOSS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>　　　　　　Defendant. | Case No. 2:16-cv-01888 JRC<br><br>**ORDER DIRECTING SERVICE** |

　　　　The plaintiff, LISA ANN-MARIE GOSS, filed a complaint seeking judicial review of a decision of the Commissioner of Social Security.  By separate order, the Court has granted plaintiff leave to proceed in forma pauperis.  Because plaintiff has appeared in this matter pro se, the Court will arrange for service of the summons and complaint upon defendant.

　　　　(1)　　Service by Clerk.  The Clerk shall effectuate service electronically as detailed in General Orders 04-15 and 05-15, by sending a copy of the summonses and complaint by email to USAWAW.SSAClerk@usdoj.gov.

　　　　(2)　　Response Required.  Within **60 days** after service, defendant shall file and serve a notice of appearance and an answer or a motion directed to the complaint, as permitted by Rule 12 of the Federal Rules of Civil Procedure.  If filing an answer, defendant shall also file the appropriate administrative record at the time the answer is filed.

ORDER DIRECTING SERVICE - 1

1   The Clerk is directed to send a copy of this order to plaintiff.

2   DATED this 16th day of December, 2016.

_____

J. Richard Creatura
United States Magistrate Judge

ORDER DIRECTING SERVICE - 2